| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

LYNDON GRANGER, *et al.*, §
§
    Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:11-CV-279
§
JEFFERSON COUNTY, *et al.*, §
§
    Defendants. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiffs Lyndon Granger and Bartholomew Granger, Sr., proceeding *pro se*, filed this civil rights lawsuit against Jefferson County, Texas, and the City of Beaumont, Texas. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The City of Beaumont has filed an amended motion to dismiss. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motion. The magistrate judge recommends the motion be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed.

**ORDER**

Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The City of Beaumont's amended motion to dismiss is **GRANTED**. The claims against the City of Beaumont are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

SIGNED at Beaumont, Texas, this 12th day of March, 2012.

                                                  MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE