| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LYNDON GRANGER, *et al.*, §
§
    Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:11-CV-279
§
JEFFERSON COUNTY, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiffs Lyndon Granger and Bartholomew Granger, Sr., proceeding *pro se*, filed this civil rights lawsuit against Jefferson County, Texas. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Jefferson County has filed an amended motion to dismiss. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motion. The magistrate judge recommends the motion be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed

### ORDER

Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Jefferson County's amended motion to dismiss is **GRANTED**. A final judgment shall be entered dismissing this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

SIGNED at Sherman, Texas, this 20th day of March, 2012.

                                                MARCIA A. CRONE
                                            UNITED STATES DISTRICT JUDGE